# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON CORNELIUS DAVIS

NO. 2021 KW 0930

**NOVEMBER 5, 2021**

---

In Re:    Brandon Cornelius Davis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 445,529.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                    **VGW**
                    **AHP**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT